UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOSE GABRIEL QUIARO RIVERO,

        Petitioner,

v.                                  Case No. 3:26-cv-252-MMH-SJH

KRISTI NOEM, et al.,

        Respondents.

_____

### **ORDER**

    Petitioner's Motion for Voluntary Dismissal Due to Mootness (Doc. 5) is **GRANTED**, and this case is **DISMISSED without prejudice as moot**. The **Clerk** shall close the file.

    **DONE AND ORDERED** at Jacksonville, Florida this 20th day of February, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

JAX-3 2/20
c:    Counsel of record